# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| **Kenyar Andrakios Glover,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:13-cv-00243-MR |
| | ) | 1:07-cr-00032-MR |
| vs. | ) | |
| | ) | |
| **United States of America,** | ) | |
| | ) | |
| Respondent. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 29, 2015 Order.

June 29, 2015

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court